# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:19-cr-0012-DGK |
| JOSEPH J. BALIO, | ) ) ) | |
| Defendant. | ) | |

## ORDER DENYING UNOPPOSED MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Now before the Court is Defendant's unopposed motion to reduce his sentence pursuant to Amendment 821 of the Sentencing Guidelines and 18 U.S.C. § 3582(c)(2). ECF No. 74.

The Court recognizes Defendant is eligible for a sentence reduction because his amended guideline range is lower, however, the Court finds the 18 U.S.C. § 3553 factors weigh in favor of keeping the original sentence which was a variance above the previous guidelines range. The Court is concerned about Defendant's history and characteristics and the need to protect the public, as it was at the time of Defendant's original sentencing. Defendant's disturbing behavior in this case involved a child—a child he helped raise for several years. And unlike most individuals convicted of child pornography, Defendant has a history of violence, including discharging a twelve gauge shotgun in a neighborhood, making him more dangerous than the typical defendant in such cases. The Court concludes Defendant would be a danger to the public if a shorter sentence was imposed and he were released earlier.

The motion is DENIED.

**IT IS SO ORDERED.**

Dated: June 12, 2024  /s/ Greg Kays
GREG KAYS, JUDGE

UNITED STATES DISTRICT JUDGE